No. 17,254.

WINCHESTER *v.* SHEARWOOD.
(264 P. [2d] 512)

Decided November 30, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. McDOUGAL, KLINGSMITH & ROGERS, for plaintiff in error.

Mr. MYRON H. BURNETT, for defendant in error.